UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL OVERTON,

           Plaintiff,

    v.

UNKNOWN,

           Defendants.

No.  2:26-cv-0987 TLN AC P

FINDINGS AND RECOMMENDATIONS

On March 25, 2026, the undersigned issued findings and recommendations, finding petitioner had accrued at least three strikes under 28 U.S.C. § 1915(g) and had not shown imminent danger of serious physical injury.  ECF No. 3.  Accordingly, the undersigned recommended plaintiff be ordered to pay the entire $405.00 in required fees or face dismissal of the case.  ECF No. 3.

On May 6, 2026, the district judge adopted the findings and recommendations and ordered plaintiff to pay the filing fee of $405.00 within 30 days from the date of the order.  ECF No. 5. The thirty-day period has expired, and plaintiff has not paid the filing fee, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2